METROPOLITAN TRUST CO. OF CITY OF NEW YORK v. SKITT.

(Supreme Court, Appellate Division, First Department. July 7, 1910.)

Appeal from Trial Term, New York County.
Action by the Metropolitan Trust Company against Alfred Skitt. From a judgment for plaintiff, and from an order denying a motion for a new trial, defendant appeals. Affirmed.
Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, SCOTT, and MILLER, JJ.

Herbert Noble, for appellant.
Austen G. Fox, for respondent.

PER CURIAM. The judgment and order should be reversed, and a new trial ordered, unless the plaintiff stipulate to reduce the judgment as entered, by deducting therefrom the defendant's proportionate amount of the coupons delivered to the principal debtor, and also the amount in excess of legal interest which the principal debtor has paid to the defendant, in which event the judgment, as so modified, and the order appealed from, should be affirmed with costs to the respondent. Settle order on notice.